# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELDON BUSH<br><br>v.<br><br>CHRISTOPHER HULMES and THE CITY OF PHILADELPHIA | CIVIL ACTION<br><br>NO. 17-805 |

Baylson, J.                                                                                                   May 18, 2018

## ORDER RE: MOTIONS FOR SUMMARY JUDGMENT

**AND NOW**, this 18th day of May, 2018, upon careful consideration of Defendants' Motions for Summary Judgment, and all submissions related thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) Defendant City of Philadelphia's Motion for Summary Judgment (ECF 27) is **GRANTED**.

(2) Defendant Hulmes' Motion for Summary Judgment (ECF 26) is **DENIED**.

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-805 Bush v Hulmes\Order re Motion for Summary Judgment.docx